**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BEEF PACKING COMPANY, LLC,<br><br>Defendant. | ) | C.A. No. 23-0826-JHS |

**STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING CONCLUSION OF THE IPR PROCEEDINGS**

WHEREAS, on August 1, 2023, Institute for Environmental Health, Inc. ("IEH") filed a complaint against National Beef Packing Company, LLC asserting patent infringement of United States Patent Nos. 7,534,584 ("the '584 patent"), 8,822,143("the '143 patent"), 9,637,771("the '771 patent"), 9,845,486 ("the '486 patent") (collectively "the Asserted Patents").

WHEREAS, on July 16, 2024, National Beef filed, with the United States Patent and Trademark Office ("USPTO"), petitions for *inter partes* review ("IPR") of the '584, '143, and '771 patents (IPR2024-00183, IPR2024-00185, and IPR2024-00186) challenging the validity of the patents.

On July 31, 2024, National Beef filed, with the USPTO, a petition for *inter partes* review of the '486 patent (IPR2024-01156) challenging the validity of the patent.

WHEREAS, on January 13, 2025, the USPTO instituted trial on all of the Asserted Patents.

WHEREAS, when the USPTO institutes trial on patents involved in concurrent litigation, a court has discretionary authority to grant a motion to stay the litigation pending resolution of the IPR proceedings.[1]

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that in the interest of judicial economy and efficiency, the matter before this Court shall be stayed until termination, including the completion and exhaustion of all appeals, of each of the IPR proceedings for the Asserted Patents (IPR2024-00183, IPR2024-00185, IPR2024-00186, and IPR2024-01156). The parties shall submit a joint status report within 30 days of the Patent Trial and Appeal Board's final written decision in all IPR proceedings for the Asserted Patents.

[1] *See Bechtel Corp. v. Laborers' International Union,* 544 F.2d 1207, 1215 (3d Cir.1976); *See also Am. Axle & Mfg., Inc. v. Neapco Holdings LLC, C.A.* No. 15-1168-LPS, 2021 WL 616992, at *2 (D. Del. Feb. 17, 2021); *Ethicon LLC v. Intuitive Surgical, Inc., C.A.* No. 17-871-LPS, 2019 WL 1276029, at *1 (D. Del. Mar. 20, 2019); *UCB, Inc. v. Hetero USA Inc.*, 277 F. Supp. 3d 687, 690 (D. Del. 2017); *454 Life Scis. Corp. V. Ion Torrent Sys., Inc., C.A.* No. 15-595-LPS, 2016 WL 6594083, at *3 (D. Del. Nov. 7, 2016).

*/s/ Andrew M. Moshos*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew M. Moshos (#6685)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
amoshos@potteranderson.com

Benjamin J. Byer, *pro hac vice*
Xiang Li, *pro hac vice*
Jennifer K. Chung, *pro hac vice*
Samantha Hunt, *pro hac vice*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206.622.3150
benbyer@dwt.com
xiangli@dwt.com
jenniferchung@dwt.com
samhunt@dwt.com

*Attorneys for Plaintiff*

*/s/ Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

Kirk R. Harris, *pro hac vice*
MASCHOFF BRENNAN
1389 Center Drive, Suite 300
Park City, UT 80098
(435) 252-1360
kharris@mabr.com

Erynn Embree, *pro hac vice*
Sarah Ann Casey, *pro hac vice*
MASCHOFF BRENNAN
100 Spectrum Center Dr., Suite 1200
Irvine, CA 92618
(949) 202-1900
eembree@mabr.com
scasey@mabr.com

*Attorneys for Defendant*

January 24, 2025

SO ORDERED, this _______ day of January, 2025

________________________________
U.S.D.J.